**PERKINS COIE LLP**
Matthew L. Goldberg, Bar No. 267295
MGoldberg@perkinscoie.com
Lauren Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John H. Gray, *pro hac vice*
JHGray@perkinscoie.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

Attorneys for Plaintiff
CUT AND DRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUT AND DRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KARL HEIMAN, an individual, <br><br> Defendant. <br> _____ <br><br> KARL HEIMAN, an individual, <br><br> Counter-Claimant, <br><br> v. <br><br> CUT AND DRY, INC., AMIR MAHBOOBI, an individual; JOHN BEATTY, an individual, and DOES 1 through 10, <br><br> Counter-Defendants | Case No. 5:26-cv-01226-SVK <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND [PROPOSED] ORDER**; ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> Judge:    Hon. Susan van Keulen |

Pursuant to Civil Local Rule 6-1, Plaintiff and Counter-Defendants Cut and Dry, Inc., John Beatty, and Amir Mahboobi ("Counter-Defendants") and Defendant and Counter-Claimant Karl Heiman ("Heiman") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

1.      On March 23, 2026, Heiman filed his Counterclaim against Counter-Defendants.

2.      On April 3, 2026, Counter-Defendants agreed to accept service of the Summons and Counterclaim with Heiman agreeing to a 28-day extension of time to respond to the Counterclaim.

3.      There is good cause for an extension of time to respond to the Counterclaim because Counter-Defendants require additional time to assess Heiman's allegations and prepare their responses and because the extension is part of a stipulation to facilitate service of the Counterclaim on all Counter-Defendants. This stipulation is not filed for the purpose of delay, and no party will be prejudiced.

NOW, THEREFORE, the Parties stipulate as follows:

Counter-Defendants' deadline to respond to the Counterclaim shall be May 22, 2026.

IT IS SO STIPULATED.

Dated:  April 6, 2026                                    **PERKINS COIE LLP**

By: _/s/Matthew L. Goldberg_
Matthew L. Goldberg
Lauren Trambley
John H. Gray, *pro hac vice*

Attorneys for Plaintiff and Counter-Defendants
CUT AND DRY, INC., JOHN BEATTY, and
AMIR MAHBOOBI

Dated:  April 6, 2026                                    **CONN MACIEL CAREY LLP**

By: _K. Cole_____
Kimberly A. Cole
Megan Shaked

Attorneys for Defendant and Counter-Claimant
KARL HEIMAN


**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each of the other signatories has concurred in the filing of the document.

*/s/Matthew L. Goldberg*
_____
Matthew L. Goldberg

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference currently scheduled for May 12, 2026 is CONTINUED to July 14, 2026 at 9:30 a.m. A Joint Case Management Statement is due July 7, 2026.

Date: April 7, 2026

_____

Judge Susan van Keulen
Magistrate Judge of the U.S. District Court

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM | No. 5:26-CV-01226-SVK