**ASHURST PERKINS COIE US LLP**
Matthew L. Goldberg, Bar No. 267295
matthew.goldberg@ashurstperkins.com
Lauren Trambley, Bar No. 340634
lauren.trambley@ashurstperkins.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John H. Gray, *pro hac vice*
john.gray@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

Attorneys for Plaintiff and Cross-Defendants
CUT AND DRY, INC., JOHN BEATTY, and AMIR MAHBOOBI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CUT AND DRY, INC.,

Plaintiff,

v.

KARL HEIMAN, an individual,

Defendant.

KARL HEIMAN, an individual,

Counter-Claimant,

v.

CUT AND DRY, INC., AMIR MAHBOOBI, an individual; JOHN BEATTY, an individual, and DOES 1 through 10,

Counter-Defendants

Case No. 5:26-cv-01226-SVK

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41; ~~[PROPOSED]~~ ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Cross-Defendant Cut and Dry, Inc. ("Plaintiff"), Defendant Karl Heiman ("Defendant"), and Cross-Defendants Amir Mahboobi and John Beatty (collectively, with Plaintiff and Defendant, the "Parties") hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted by Plaintiff and Defendant in this action. The Parties are to incur their own costs and fees.

Dated: November 16, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/John H. Gray*
Matthew L. Goldberg
Lauren Trambley
John H. Gray, *pro hac vice*

Attorneys for Plaintiff and Counter-Defendants CUT AND DRY, INC., JOHN BEATTY, and AMIR MAHBOOBI

Dated: November 16, 2026

**CONN MACIEL CAREY LLP**

By: */s/Kimberly A. Cole*
Kimberly A. Cole

Attorneys for Defendant and Counter-Claimant KARL HEIMAN

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Northern District Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

DATED: November 16, 2026

By: */s/ John H. Gray*
John H. Gray

**~~[PROPOSED]~~ ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The case is dismissed with prejudice and all hearings and deadlines are vacated.

Susan van Keulen

Hon. Susan van Keulen